## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

AMERICAN ACADEMY OF PEDIATRICS

*Plaintiff*,

v.

FEDERAL TRADE COMMISSION;
ANDREW N. FERGUSON, in his official
capacity as Chairman of the Federal Trade
Commission; and MARK R. MEADOR, in
his official capacity as Commissioner of the
Federal Trade Commission,

*Defendants*.

Case No.: 1:26-cv-00508-CRC

## [PROPOSED] ORDER GRANTING PLAINTIFF'S MOTION FOR PRELIMINARY INJUNCTION

Upon consideration of Plaintiff American Academy of Pediatrics' ("AAP") Motion for

Preliminary Injunction and accompanying memorandum, declarations, and exhibits, it is hereby:

**ORDERED** that Plaintiff's Motion for a Preliminary Injunction is **GRANTED**; it is

further

**ORDERED** that Defendants, and others in active concert or participation therewith, are

**ENJOINED** from implementing or enforcing the Civil Investigative Demand (the "Demand")

issued by the Federal Trade Commission to AAP on January 15, 2026; it is further

**ORDERED** that Defendants, and others in active concert or participation therewith, are

enjoined from taking further unlawful action interfering with or retaliating against AAP's exercise

of its First Amendment rights, such as requiring disclosure of AAP's members; issuing another

Civil Investigative Demand to AAP that demands substantially similar information as the Demand;

issuing an order under 15 U.S.C. § 46(b) to AAP that demands substantially similar information

as the Demand; or issuing a voluntary access letter to AAP that requests substantially similar information as the Demand; it is further

**ORDERED** that Defendants, and others in active concert or participation therewith, are enjoined from taking indirect unlawful action interfering with or retaliating against AAP's exercise of its First Amendment Rights by issuing Civil Investigative Demands to any other non-profit organization engaged in non-commercial speech regarding the AAP and demanding substantially similar information about the AAP as the Demand; it is further

**ORDERED** that Plaintiff is not required to post a bond for this injunction pursuant to Federal Rule of Civil Procedure 65(c); it is further

**ORDERED** that Defendants shall file a status report with the court, within 24 hours of entry of this Order, confirming their compliance with the preliminary injunction; it is further

**ORDERED** that this preliminary injunction shall remain in effect pending further order of this Court.

**IT IS SO ORDERED.**


Dated: _____          _____

                                    United States District Judge