## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| AMERICAN ACADEMY OF PEDIATRICS<br><br>*Plaintiff,*<br><br>v.<br><br>FEDERAL TRADE COMMISSION; ANDREW N. FERGUSON, in his official capacity as Chairman of the Federal Trade Commission; and MARK R. MEADOR, in his official capacity as Commissioner of the Federal Trade Commission,<br><br>*Defendants.* | Civil Action No.: 1:26-cv-00508-CRC |

### JOINT STIPULATION TO EXTEND DEADLINES

The parties respectfully submit this joint stipulation regarding this matter.

1.    The parties propose and stipulate a 14-day extension of the briefing schedule for Plaintiff's Motion for a Preliminary Injunction under which Defendants will file their response by March 13, 2026, and Plaintiff will file its reply by March 23, 2026.

2.    Plaintiff believes that oral argument would aid the Court's resolution of the Motion for a Preliminary Injunction. Defendants do not believe oral argument is necessary for resolution of the legal issues presented in the motion but stand ready for a hearing if the Court determines it would be necessary or helpful. The parties will defer to Judge Cooper's preference regarding argument dates.

3.    If the Court enters this stipulation regarding the briefing schedule, the parties further stipulate and agree that the Commission will send a letter to Plaintiff extending Plaintiff's

compliance deadline for the CID from March 16, 2026 to a date that is 60 days from the Court's decision on Plaintiff's Motion for Preliminary Injunction.

4.      Further, if the Court enters this stipulation, Defendants will file a motion to extend the deadline in Federal Rule of Civil Procedure 12(a) to answer the complaint or move to dismiss until 30 days after the Court rules on Plaintiff's Motion for Preliminary Injunction. This deadline is currently April 20, 2026. Plaintiff agrees not to oppose that extension.

**IT IS SO STIPULATED.**

February 23, 2026

Respectfully submitted,

By: /s/ Stacey K. Grigsby

Stacey K. Grigsby (DDC Bar No. 491197)
Laura Kim (D.C. Bar No. 473143)*
Amber M. Charles (DDC Bar No. 1035226)
Alexandra J. Widas (DDC Bar No. 1645372)
Alexandra J. Remick (D.C. Bar No. 1737692)*
COVINGTON & BURLING, LLP
One CityCenter
850 10th Street NW
Washington DC, 20001
sgrigsby@cov.com
lkim@cov.com
acharles@cov.com
awidas@cov.com
aremick@cov.com

*Petition for Admission Pending*

**Attorneys for American Academy of Pediatrics**

/s/ Ethan D. Beck
Lucas Croslow (D.C. Bar # 1048342)
*General Counsel*
Alex Potapov (D.C. Bar # 998355)
*Deputy General Counsel*
Ethan D. Beck (D.C. Bar # 90024619)
*Counsel to the General Counsel*
Federal Trade Commission
Office of General Counsel
600 Pennsylvania Ave., N.W.
Washington, DC 20580
ebeck@ftc.gov
(202) 326-2110

**Attorneys for Defendants**

**IT IS SO ORDERED.**

Dated: _____          _____

                                        United States District Judge