# UNITED STATES DISTRICT COURT
for the
District of Columbia

| | | |
|---|---|---|
| AMERICAN ACADEMY OF PEDIATRICS | ) | |
| *Plaintiff* | ) | |
| v. | ) | Case No.   1:26-cv-00508-CRC |
| FEDERAL TRADE COMMISSION et al. | ) | |
| *Defendant* | ) | |

## APPEARANCE OF COUNSEL

To:     The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Academic Pediatric Association, et al.                                                                                          .

Date:     03/10/2026

/s/ Aaron M. Panner
*Attorney's signature*

Aaron M. Panner (DC Bar No. 453608)
*Printed name and bar number*
Kellogg, Hansen, Todd, Figel & Frederick, P.L.L.C.
1615 M St. N.W., Suite 400
Washington, D.C. 20036

*Address*

apanner@kellogghansen.com
*E-mail address*

(202) 326-7961
*Telephone number*

(202) 326-7999
*FAX number*