AO 458 (Rev. 06/09)  Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the

District of Columbia

| | | |
|---|---|---|
| AMERICAN ACADEMY OF PEDIATRICS | ) | |
| *Plaintiff* | ) | |
| v. | ) | Case No.    1:26-cv-00508-CRC |
| FEDERAL TRADE COMMISSION, et al. | ) | |
| *Defendant* | ) | |

**APPEARANCE OF COUNSEL**

To:     The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Lambda Legal Defense and Education Fund, Inc.                                                                                              .

Date:     03/11/2026                                                    /s/ Karen L. Loewy
                                                                        *Attorney's signature*


                                                                   Karen L. Loewy, D.C. Bar No. 1722185
                                                                        *Printed name and bar number*
                                                                        Lambda Legal
                                                                        815 16th Street NW, Suite 4140
                                                                        Washington, DC 20006


                                                                        *Address*


                                                                   kloewy@lambdalegal.org
                                                                        *E-mail address*

                                                                   (202) 804-6245
                                                                        *Telephone number*

                                                                   (855) 535-2236
                                                                        *FAX number*