**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

|  |  |
|---|---|
| AMERICAN ACADEMY OF PEDIATRICS,<br><br>*Plaintiff,*<br><br>v.<br><br>FEDERAL TRADE COMMISSION; ANDREW N. FERGUSON, in his official capacity as Chair of the Federal Trade Commission; MARK R. MEADOR, in his official capacity as Commissioner of the Federal Trade Commission,<br><br>*Defendants*. | Civil Action No. 1:26-cv-00508-CRC |

**MOTION FOR ADMISSION *PRO HAC VICE***

Pursuant to Local Civil Rule 83.2(d), Karen L. Loewy, a member of the bar of this Court and counsel for *amicus curiae*, hereby moves for the admission *pro hac vice* of A.D. Sean Lewis in the above-captioned case. In support of this motion, the undersigned states as follows:

1. A.D. Sean Lewis is an attorney with Lambda Legal Defense and Education Fund, Inc. and maintains his office at 800 South Figeroa Street, Suite 1260, Los Angeles, CA 90010.

2. As set forth in the declaration attached as Exhibit A, A.D. Sean Lewis is an active member in good standing of the state bar of the State of California (#341048), as well as the bar of the U.S. Court of Appeals for the Ninth Circuit. His State of California Certificate of Good Standing is attached hereto as Exhibit B.

3. A.D. Sean Lewis does not seek to be admitted generally, but for the purpose of this case only.

2

WHEREFORE, movant respectfully requests that the Court enter an order permitting

A.D. Sean Lewis to appear *pro hac vice* in the above-captioned case.

Dated:  March 11, 2026

Respectfully submitted,

/s/ *Karen L. Loewy*

Karen L. Loewy, D.C. Bar No. 1722185
LAMBDA LEGAL DEFENSE
AND EDUCATION FUND, INC.
815 16th Street NW, Suite 4140
Washington, DC 20006
(202) 804-6245
kloewy@lambdalegal.org

3

**CERTIFICATE OF SERVICE**

I hereby certify that I electronically filed the foregoing with the Clerk of the Court by using

the CM/ECF system on March 11, 2026. I certify that all participants in the case are registered

CM/ECF users and that service will be accomplished by the CM/ECF system.


s/ *Karen L. Loewy*
Karen L. Loewy