**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

|  |  |
|---|---|
| AMERICAN ACADEMY OF PEDIATRICS, <br><br> *Plaintiff,* <br><br> v. <br><br> FEDERAL TRADE COMMISSION; ANDREW N. FERGUSON, in his official capacity as Chair of the Federal Trade Commission; MARK R. MEADOR, in his official capacity as Commissioner of the Federal Trade Commission, <br><br> *Defendants*. | Civil Action No. 1:26-cv-00508-CRC |

**[PROPOSED] ORDER GRANTING MOTION FOR ADMISSION OF ATTORNEY A.D. SEAN LEWIS *PRO HAC VICE***

Upon consideration of the Motion for Admission *pro hac vice* of A.D. Sean Lewis by *amicus curiae* Lambda Legal Defense and Education Fund, Inc., it is hereby ORDERED that the Motion is GRANTED. A.D. Sean Lewis is admitted *pro hac vice* and may appear on behalf of *amicus* in the above-captioned case.

_____          _____

Hon. Christopher R. Cooper, Judge                                Date
U.S. District Court for the District of Columbia