**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

|  |  |
|---|---|
| AMERICAN ACADEMY OF PEDIATRICS,<br><br>*Plaintiff,*<br><br>v.<br><br>FEDERAL TRADE COMMISSION; ANDREW N. FERGUSON, in his official capacity as Chair of the Federal Trade Commission; MARK R. MEADOR, in his official capacity as Commissioner of the Federal Trade Commission,<br><br>*Defendants*. | Civil Action No. 1:26-cv-00508-CRC |

**MOTION FOR ADMISSION *PRO HAC VICE***

Pursuant to Local Civil Rule 83.2(d), Karen L. Loewy, a member of the bar of this Court and counsel for *amicus curiae*, hereby moves for the admission *pro hac vice* of Jessica Polansky in the above-captioned case. In support of this motion, the undersigned states as follows:

1.      Jessica Polansky is an attorney with Lambda Legal Defense and Education Fund, Inc. and maintains her office at 120 Wall Street, 19th Floor, New York, NY 10005.

2.      As set forth in the declaration attached as Exhibit A, Jessica Polansky is an active member in good standing of the state bar of the State of New York (#4436713), as well as the bar of the U.S. District Court for the Southern District of New York, the U.S. Court of Appeals for the First Circuit, and the U.S. Supreme Court. Her State of New York Certificate of Good Standing is attached hereto as Exhibit B.

1

3.      Jessica Polansky does not seek to be admitted generally, but for the purpose of this case only.

WHEREFORE, movant respectfully requests that the Court enter an order permitting Jessica Polansky to appear *pro hac vice* in the above-captioned case.

Dated:  March 11, 2026

Respectfully submitted,

/s/ *Karen L. Loewy*

Karen L. Loewy, D.C. Bar No. 1722185
LAMBDA LEGAL DEFENSE
AND EDUCATION FUND, INC.
815 16th Street NW, Suite 4140
Washington, DC 20006
(202) 804-6245
kloewy@lambdalegal.org

**CERTIFICATE OF SERVICE**

I hereby certify that I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system on March 11, 2026.  I certify that all participants in the case are registered CM/ECF users and that service will be accomplished by the CM/ECF system.

s/ *Karen L. Loewy*
Karen L. Loewy