# Exhibit B



**STATE OF ALASKA**

**THIRD JUDICIAL DISTRICT**

I, Danielle Bailey, Executive Director of the Alaska Bar Association and custodian of its records, certify that **Morgan Jada Walker** was admitted to the Alaska Bar Association and to the practice of law in Alaska in December of 2007, and is presently an Active member in good standing of the Alaska Bar Association.

Dated March 3, 2026.

ALASKA BAR ASSOCIATION

Danielle Bailey
Executive Director