**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

<table>
<tr><td>

AMERICAN ACADEMY OF PEDIATRICS,

      *Plaintiff,*

    v.

FEDERAL TRADE COMMISSION; ANDREW N. FERGUSON, in his official capacity as Chair of the Federal Trade Commission; MARK R. MEADOR, in his official capacity as Commissioner of the Federal Trade Commission,

      *Defendants*.

</td><td>

Civil Action No. 1:26-cv-00508-CRC

</td></tr>
</table>

**[PROPOSED] ORDER GRANTING MOTION FOR ADMISSION OF ATTORNEY MORGAN J. WALKER *PRO HAC VICE***

Upon consideration of the Motion for Admission *pro hac vice* of Morgan J. Walker by *amicus curiae* Lambda Legal Defense and Education Fund, Inc., it is hereby ORDERED that the Motion is GRANTED. Morgan J. Walker is admitted *pro hac vice* and may appear on behalf of *amicus* in the above-captioned case.

_____       _____

Hon. Christopher R. Cooper, Judge                      Date
U.S. District Court for the District of Columbia