**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

|  |  |
|---|---|
| AMERICAN ACADEMY OF PEDIATRICS, <br><br> *Plaintiff*, <br><br> v. <br><br> FEDERAL TRADE COMMISSION; ANDREW N. FERGUSON, in his official capacity as Chair of the Federal Trade Commission; MARK R. MEADOR, in his official capacity as Commissioner of the Federal Trade Commission, <br><br> *Defendants*. | Case No. 1:26-cv-00508-CRC |

**PLAINTIFF'S NOTICE OF THE COMMISSION'S ORDER REGARDING AMERICAN ACADEMY OF PEDIATRICS' PETITION TO QUASH**

Plaintiff American Academy of Pediatrics ("AAP") respectfully submits this notice of supplemental authority in support of its Motion for Preliminary Injunction, Dkt. 6. In its Opposition to AAP's Motion for Preliminary Injunction, the Federal Trade Commission ("FTC") noted that it had not ruled on AAP's petition to quash the FTC's Civil Investigative Demand. Dkt. 24 at 13. AAP filed its Reply in Support of its Motion for Preliminary Injunction, Dkt. 28, on March 23, 2026, and that same evening, the FTC issued an order denying AAP's petition to quash the Civil Investigative Demand that is the subject of AAP's complaint, ECF No. 1. The Commission's order is attached as Exhibit 1. AAP's petition to quash was previously filed with this Court. *See* ECF No. 6-2, Declaration of Stacey K. Grigsby, Ex. 27.

Dated: March 27, 2026

Respectfully submitted,

By: */s/ Stacey K. Grigsby*

Stacey K. Grigsby (DDC Bar No. 491197)
Laura Kim (D.C. Bar No. 473143)*
Amber M. Charles (DDC Bar No. 1035226)
Alexandra J. Widas (DDC Bar No. 1645372)
Alexandra J. Remick (D.C. Bar No. 1737692)*
COVINGTON & BURLING LLP
One CityCenter
850 10th Street NW
Washington, DC 20001
sgrigsby@cov.com
lkim@cov.com
acharles@cov.com
awidas@cov.com
aremick@cov.com

*\* Petition for Admission Pending*

***Attorneys for Plaintiff American Academy of Pediatrics***

2