# Exhibit 1



United States of America
## FEDERAL TRADE COMMISSION
WASHINGTON, DC 20580

June 17, 2026

Bureau of Consumer Protection

**<u>VIA E-MAIL</u>**
Stacey K. Grigsby
Laura Kim
Amber M. Charles
Alexandra J. Widas
Alexandra J. Remick
COVINGTON & BURLING, LLP
One CityCenter
850 10th Street NW
Washington DC, 20001
sgrigsby@cov.com
lkim@cov.com
acharles@cov.com
awidas@cov.com
aremick@cov.com

**RE: FTC File No. P264800**

Dear Mses. Grigsby, Kim, Charles, Widas, and Remick:

On January 15, 2026, the Federal Trade Commission issued a Civil Investigative Demand ("the CID") to the American Academy of Pediatrics. On June 17, 2026, the Commission filed a complaint in federal district court in *Federal Trade Commission* et al. *v. World Professional Association for Transgender Health*, *Inc.,* et al., No. 4:26-cv-00748-P (N.D. Tex.). Due to the filing of that complaint, the Commission no longer views compliance with the CID as necessary to its investigation. Accordingly, this letter withdraws the CID pursuant to FTC Rule 2.7(*l*).

Sincerely,

*/s/ Katherine White*
Katherine White
Deputy Director
Bureau of Consumer Protection