**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| AMERICAN ACADEMY OF PEDIATRICS, <br><br> *Plaintiff*, <br><br> v. <br><br> FEDERAL TRADE COMMISSION; ANDREW N. FERGUSON, in his official capacity as Chair of the Federal Trade Commission; MARK R. MEADOR, in his official capacity as Commissioner of the Federal Trade Commission, <br><br> *Defendants*. | Case No. 1:26-cv-00508-CRC |

## JOINT STATUS REPORT

Pursuant to this Court's June 22, 2026 Minute Order, the parties respectfully submit this joint status report setting forth proposed next steps in the case in light of Defendants' Notice of Withdrawal of Civil Investigative Demand, ECF No. 40.

In light of Defendants' withdrawal of the Civil Investigative Demand and Defendants' representation that the FTC will not reissue the Civil Investigative Demand to Plaintiff, Plaintiff intends to withdraw its motion for a preliminary injunction without prejudice.

The parties have engaged in broader discussions concerning the impact of the FTC's withdrawal of the Civil Investigative Demand. To provide the parties with adequate time to complete these discussions, the parties propose to file a further status report no later than July 2, 2026.

Currently, Defendants' response to Plaintiff's Complaint is due "30 days after the Court rules on Plaintiff's Motion for Preliminary Injunction" per the Court's February 26, 2026 Minute

Order. In light of Plaintiff's decision to withdraw its Motion for Preliminary Injunction, Defendants no longer have a triggering event for the deadline to answer. As a result, the parties propose stipulating to an updated due date for Defendants' responsive pleading, if necessary, in the July 2 status report.

Dated: June 26, 2026

Respectfully submitted,

By: */s/ Stacey K. Grigsby*

Stacey K. Grigsby (DDC Bar No. 491197)
Laura Kim (DDC Bar No. 473143)
Amber M. Charles (DDC Bar No. 1035226)
Alexandra J. Widas (DDC Bar No. 1645372)
Alexandra J. Remick (DDC Bar No. 1737692)
COVINGTON & BURLING LLP
One CityCenter
850 10th Street NW
Washington, DC 20001
sgrigsby@cov.com
lkim@cov.com
acharles@cov.com
awidas@cov.com
aremick@cov.com

***Attorneys for Plaintiff American Academy of Pediatrics***

By: */s/ Ethan D. Beck*

Lucas Croslow (D.C. Bar # 1048342)
*General Counsel*
Alex Potapov (D.C. Bar # 998355)
*Deputy General Counsel*
Ethan D. Beck (D.C. Bar # 90024619)
*Counsel to the General Counsel*
FEDERAL TRADE COMMISSION
Office of General Counsel
600 Pennsylvania Ave., N.W.
Washington, DC 20580
ebeck@ftc.gov
(202) 326-2110

2

Brett A. Shumate
*Assistant Attorney General, Civil Division*
John Bailey
*Counsel to the Assistant Attorney General*
Daniel F. Mummolo
*Counsel to the Assistant Attorney General*
UNITED STATES DEPARTMENT OF JUSTICE
Civil Division
950 Pennsylvania Ave., N.W.
Washington, DC 20530
(202) 514-6054
daniel.f.mummolo@usdoj.gov

**Attorneys for Defendants**