**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| AMERICAN ACADEMY OF PEDIATRICS, <br><br> *Plaintiff*, <br><br> v. <br><br> FEDERAL TRADE COMMISSION; ANDREW N. FERGUSON, in his official capacity as Chair of the Federal Trade Commission; MARK R. MEADOR, in his official capacity as Commissioner of the Federal Trade Commission, <br><br> *Defendants*. | Case No. 1:26-cv-00508-CRC |

## <u>Notice of Withdrawal of Motion for Preliminary Injunction</u>

In light of Defendants' withdrawal of the Civil Investigative Demand issued to Plaintiff, ECF No. 40, Defendants' representation that the investigation has culminated in the filing of the Federal Trade Commission's complaint against World Professional Association for Transgender Health, and Defendants' representation that it will not reissue the Civil Investigative Demand to Plaintiff, Plaintiff withdraws its motion for a preliminary injunction without prejudice, ECF No. 6.

//

//

//

Dated: July 1, 2026

Respectfully submitted,

By:  */s/ Stacey K. Grigsby*

Stacey K. Grigsby (DDC Bar No. 491197)
Laura Kim (DDC Bar No. 473143)
Amber M. Charles (DDC Bar No. 1035226)
Alexandra J. Widas (DDC Bar No. 1645372)
Alexandra J. Remick (DDC Bar No. 1737692)
COVINGTON & BURLING LLP
One CityCenter
850 10th Street NW
Washington, DC 20001
sgrigsby@cov.com
lkim@cov.com
acharles@cov.com
awidas@cov.com
aremick@cov.com

**Attorneys for Plaintiff American Academy of Pediatrics**