## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| AMERICAN ACADEMY OF PEDIATRICS,<br><br>*Plaintiff*,<br><br>v.<br><br>FEDERAL TRADE COMMISSION; ANDREW N. FERGUSON, in his official capacity as Chair of the Federal Trade Commission; MARK R. MEADOR, in his official capacity as Commissioner of the Federal Trade Commission,<br><br>*Defendants*. | Case No. 1:26-cv-00508-CRC |

## JOINT STATUS REPORT

Pursuant to this Court's June 27, 2026 Minute Order, the parties respectfully submit this joint status report.  On July 1, 2026, Plaintiff withdrew its motion for a preliminary injunction, ECF No. 6.  The parties have also agreed to set the deadline for Defendants' responsive pleading to August 10, 2026.

The parties are continuing to discuss next steps for the case and propose to file a further status report no later than July 10, 2026.

Dated: July 2, 2026

Respectfully submitted,

By:  */s/ Stacey K. Grigsby*

Stacey K. Grigsby (DDC Bar No. 491197)
Laura Kim (DDC Bar No. 473143)
Amber M. Charles (DDC Bar No. 1035226)
Alexandra J. Widas (DDC Bar No. 1645372)
Alexandra J. Remick (DDC Bar No. 1737692)
COVINGTON & BURLING LLP
One CityCenter
850 10th Street NW
Washington, DC 20001
sgrigsby@cov.com
lkim@cov.com
acharles@cov.com
awidas@cov.com
aremick@cov.com

***Attorneys for Plaintiff American Academy of Pediatrics***

By:  /s/ Ethan D. Beck

Lucas Croslow (D.C. Bar # 1048342)
*General Counsel*
Alex Potapov (D.C. Bar # 998355)
*Deputy General Counsel*
Ethan D. Beck (D.C. Bar # 90024619)
*Counsel to the General Counsel*
FEDERAL TRADE COMMISSION
Office of General Counsel
600 Pennsylvania Ave., N.W.
Washington, DC 20580
ebeck@ftc.gov
(202) 326-2110

Brett A. Shumate
*Assistant Attorney General, Civil Division*
John Bailey
*Counsel to the Assistant Attorney General*
Daniel F. Mummolo
*Counsel to the Assistant Attorney General*
UNITED STATES DEPARTMENT OF JUSTICE
Civil Division
950 Pennsylvania Ave., N.W.

Washington, DC 20530
(202) 514-6054
daniel.f.mummolo@usdoj.gov

***Attorneys for Defendants***

3