**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

AMERICAN ACADEMY OF PEDIATRICS,

*Plaintiff*,

v.

FEDERAL TRADE COMMISSION; ANDREW N. FERGUSON, in his official capacity as Chair of the Federal Trade Commission; MARK R. MEADOR, in his official capacity as Commissioner of the Federal Trade Commission,

*Defendants*.

Case No. 1:26-cv-00508-CRC

**Stipulation of Voluntary Dismissal Without Prejudice**

Plaintiff American Academy of Pediatrics and Defendants the Federal Trade Commission, Andrew Ferguson, and Mark R. Meador submit this stipulation of the voluntary dismissal of this action without prejudice under Federal Rule of Civil Procedure 41(a)(1)(A)(ii).

Dated: August 21, 2026

Respectfully submitted,

By: */s/ Stacey K. Grigsby*

Stacey K. Grigsby (DDC Bar No. 491197)
Laura Kim (DDC Bar No. 473143)
Amber M. Charles (DDC Bar No. 1035226)
Alexandra J. Widas (DDC Bar No. 1645372)
Alexandra J. Remick (DDC Bar No. 1737692)
COVINGTON & BURLING LLP
One CityCenter
850 10th Street NW
Washington, DC 20001
sgrigsby@cov.com
lkim@cov.com
acharles@cov.com
awidas@cov.com
aremick@cov.com

***Attorneys for Plaintiff American Academy of Pediatrics***

By: */s/ Ethan D. Beck*

Lucas Croslow (D.C. Bar # 1048342)
*General Counsel*
Alex Potapov (D.C. Bar # 998355)
*Deputy General Counsel*
Ethan D. Beck (D.C. Bar # 90024619)
*Counsel to the General Counsel*
FEDERAL TRADE COMMISSION
Office of General Counsel
600 Pennsylvania Ave., N.W.
Washington, DC 20580
ebeck@ftc.gov
(202) 326-2110

Brett A. Shumate
*Assistant Attorney General, Civil Division*
John Bailey
*Counsel to the Assistant Attorney General*
Daniel F. Mummolo
*Counsel to the Assistant Attorney General*
UNITED STATES DEPARTMENT OF JUSTICE
Civil Division
950 Pennsylvania Ave., N.W.
Washington, DC 20530
(202) 514-6054
daniel.f.mummolo@usdoj.gov

***Attorneys for Defendants***